IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JEFFREY THERCY,**
    Petitioner,

vs.                                     Case No. 3:05cv54/RV/MD

**STAN YATES, WARDEN et al.,**
    Respondents.
_____

## ORDER

This cause is before the court on petitioner's motion for leave to appeal *in forma pauperis* (doc. 37). Petitioner previously filed an application for certificate of appealability (*see* docs 29 & 30). In a separate order (doc. 32), the court determined that petitioner had not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's January 26, 2006 order (doc. 27) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on December 12, 2005 (doc. 21), denied the certificate of appealability. For the same reasons, there is no good faith basis for an appeal and petitioner has not shown that he is entitled to proceed *in forma pauperis*. Fed.R.App.P. 24(a).

Accordingly, it is ORDERED:

Petitioner's motion for leave to proceed *in forma pauperis* on appeal (doc. 37) is DENIED. Petitioner shall pay the $255.00 filing fee within thirty (30) days of the date of this order.

DONE AND ORDERED this 1st day of May, 2006.

                                             /s/ *Roger Vinson*
                                             ROGER VINSON
                                             SENIOR UNITED STATES DISTRICT JUDGE